PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* FÉLIX ESCUDERO, Defendant and Appellant.

No. 4180. Argued July 7, 1930.—Decided July 10, 1930.

*Bolívar Pagán* for appellant. *R. A. Gómez* for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

Section 350 of the Code of Criminal Procedure provides:

"An appeal is taken by filing with the clerk of the court in which the judgment or order appealed from is entered or filed, a notice stating the appeal from the same, and serving a copy thereof upon the attorney of the adverse party."

Leaving a copy of the notice of an appeal on the desk of the prosecuting attorney, as sworn to by appellant, is not a compliance with the statute. The delivery must be personal or an impossibility of a personal service or the like be shown, as set forth in section 351 of said Code. When a service is made the appellant is bound to show such service. Therefore, The People of Puerto Rico was justified in moving a dismissal.

As the transmitted record did not show a due service and the motion for correction is inadequate, the appeal must be dismissed.